Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUKHWINDER S. SINGH dba HOUSE OF 99 CENT, et al.,<br><br>    Defendants. | No. 1:13-cv-01196-LJO-GSA<br><br>**REQUEST FOR DISMISSAL <u>WITHOUT PREJUDICE</u> OF DEFENDANTS AHMED ALAMSI, FATIMA ALAMSI, ALI M. ALAMSI, AND ZARAH ALAMSI <u>ONLY</u>; ORDER** |

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), wishes to dismiss Defendants Ahmed Alamsi, Fatima Alamsi, Ali M. Alamsi, and Zarah Alamsi ("the Alamsi Defendants") from the above-captioned action without prejudice;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from Defendant Northgate Plaza RDS, LLC, a Delaware Limited Liability Company, the only defendant who has appeared in the action, for dismissal of the Alamsi Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

Plaintiff hereby respectfully requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that **only Defendants Ahmed Alamsi, Fatima Alamsi, Ali M. Alamsi, and Zarah**

REQUEST FOR DISMISSAL; [PROPOSED] ORDER

Page 1

**Alamsi** be dismissed from the above-captioned action **without** prejudice.

Date: October 18, 2013                                      MOORE LAW FIRM, P.C.

                                                              */s/ Tanya E. Moore*
                                                              Tanya E. Moore
                                                               Attorneys for Plaintiff
                                                               Ronald Moore

## ORDER

Pursuant to the request of Plaintiff, Ronald Moore, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that **only** Defendants Ahmed Alamsi, Fatima Alamsi, **Ali M. Alamsi, and Zarah Alamsi** be dismissed from the above-captioned action **without prejudice**. The clerk is directed not to close this action.

IT IS SO ORDERED.

    Dated:   **October 18, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE