Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

Kimberly L. Mayhew (SBN 199105)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704-2225
Telephone: 559/225-6550
Facsimile: 559/225-7912
email: kmayhew@caswellbell.com

Attorneys for Defendant Northgate Plaza RDS, LLC. a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUKHWINDER S. SINGH dba HOUSE OF 99 CENT, et al.,<br><br>    Defendants. | No. 1:13-cv-01196-LJO-GSA<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO AFFORD TIME FOR ALL DEFENDANTS TO APPEAR; ORDER** |

**WHEREAS**, plaintiff, Ronald Moore ("Plaintiff"), filed a First Amended Complaint on October 21, 2013 ("FAC") under Federal Rule of Civil Procedure 15(a)(1)(B) which FAC, amongst other amendments, named a new defendant, Jagdeep S. Johal ("Johal");

1  **WHEREAS**, Plaintiff is in the process of effecting personal service of the FAC on Johal;

3  **WHEREAS**, defendant Sukhwinder S. Singh ("Singh") was named in the initial complaint but has not yet appeared in this action, and his responsive pleading to the FAC will not be due until after the scheduling conference currently set;

6  **WHEREAS**, the Mandatory Scheduling Conference in this action is currently set for November 5, 2013;

8  **WHEREAS**, the joint report for the Scheduling Conference is due October 29, 2013, and defendants Johal and Singh will not have the opportunity to participate in the preparation of the required joint report or in the scheduling conference, nor have all parties had an opportunity to meet and confer as required;

12  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and defendant, Northgate Plaza RDS, LLC, a Delaware Limited Liability Company, the only parties who have appeared in this action, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after December 13, 2013 at the Court's convenience in order to allow all defendants time to appear, and the parties an opportunity to meet and confer, properly in advance of the scheduling conference.

**IT IS SO STIPULATED**.

Dated: October 23, 2013            MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff, Ronald Moore

CASWELL BELL & HILLSON, LLP

*/s/ Kimberly L. Mayhew*
Kimberly L. Mayhew
Attorneys for Defendant Northgate Plaza RDS, LLC, a Delaware Limited Liability Company

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

# **ORDER**

The parties who have appeared in this action having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for November 5, 2013, be continued to December 18, 2013 at 9:00a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.  A Joint Scheduling Report shall be filed no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **October 24, 2013**            **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE