Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUKHWINDER S. SINGH dba HOUSE OF 99 CENT, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-01196-LJO-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u> OF DEFENDANT SUKHWINDER S. SINGH dba HOUSE OF 99 CENT <u>ONLY</u>; [PROPOSED] ORDER** |

WHEREAS, Defendant Sukhwinder S. Singh dba House of 99 Cent has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses **only Defendant Sukhwinder S. Singh dba House of 99 Cent** from this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 9, 2013　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Ronald Moore

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUKHWINDER S. SINGH DBA HOUSE OF 99 CENT ONLY; [PROPOSED] ORDER

Page 1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Sukhwinder S. Singh dba House of **99 Cent** be dismissed from this action **without prejudice**.  The clerk is directed NOT to close this action.


IT IS SO ORDERED.

Dated:   **December 9, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUKHWINDER S. SINGH DBA HOUSE OF 99 CENT ONLY; [PROPOSED] ORDER

Page 2