1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | RONALD MOORE,              ) No. 1:13-cv-01196-LJO-GSA
                                )
12 |         Plaintiff,          ) **NOTICE OF VOLUNTARY DISMISSAL**
                                ) **WITHOUT PREJUDICE OF**
13 |     vs.                     ) **DEFENDANT SUKHWINDER S. SINGH**
                                ) **dba HOUSE OF 99 CENT ONLY;**
14 | SUKHWINDER S. SINGH dba HOUSE OF ) **[PROPOSED] ORDER**
   | 99 CENT, et al.,            )
15                               )
                                )
16 |         Defendants.         )
                                )
17 |                             )

18      WHEREAS, Defendant Sukhwinder S. Singh dba House of 99 Cent has not filed an

19 answer or motion for summary judgment;

20      WHEREAS, no counterclaim has been filed;

21      Plaintiff hereby dismisses **only Defendant Sukhwinder S. Singh dba House of 99**

22 **Cent** from this action **without prejudice** pursuant to Federal Rule of Civil Procedure

23 41(a)(1)(A)(i).

24

25 Date: December 9, 2013              MOORE LAW FIRM, P.C.

26

27                                    */s/ Tanya E. Moore*
                                      Tanya E. Moore
28                                    Attorneys for Plaintiff
                                      Ronald Moore

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUKHWINDER S.
SINGH DBA HOUSE OF 99 CENT ONLY; [PROPOSED] ORDER

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Sukhwinder S. Singh dba House of **99 Cent** be dismissed from this action **without prejudice**.  The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   **December 9, 2013**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SUKHWINDER S. SINGH DBA HOUSE OF 99 CENT ONLY; [PROPOSED] ORDER

Page 2