1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                          ) No.  1:13-cv-01196-LJO-GSA
                                            )
12 |         Plaintiff,                     ) **STIPULATION FOR DISMISSAL OF**
                                            ) **ACTION; ORDER**
13 |    vs.                                 )
                                            )
14 | SUKHWINDER S. SINGH dba HOUSE OF       )
   | 99 CENT, et al.,                       )
15 |                                        )
                                            )
16 |         Defendants.                    )
                                            )
17

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Northgate Plaza RDS, LLC, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: February 12, 2014                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Ronald Moore

Date: February 12, 2014                    CASWELL BELL & HILLISON LLP


                                           */s/ Kimberly L. Mayhew*
                                           Kimberly L. Mayhew
                                           Attorneys for Defendant
                                           Northgate Plaza RDS, LLC


### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

   Dated:   **February 12, 2014**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE